FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION 2008 JUN 16  AM II: 00

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS. FLORIDA

SHERMYKAEL JENKINS, SR.,

Plaintiff,

vs.                                       Case No.  2:08-cv-216-FtM-34DNF

CHARLES FERRANTE, et al.,

Defendants.

_____

ORDER[1]

This matter comes before the Court upon periodic review of the
file.  Plaintiff, who is proceeding *pro se*, initiated this action
by filing a § 1983 Civil Rights Complaint Form (Doc. #1, Complaint)
on March 5, 2008, while he was in the custody of the Lee County
Jail.  See Complaint at 1.  On May 14, 2008, the Court directed
Plaintiff to show cause why the Court should not dismiss this
action for Plaintiff's failure to file the initial partial filing
fee as directed in the Court's April 28 Order.  See Order to Show
Cause at Doc. #6.  The Court warned Plaintiff that the failure to
comply with the Court's Order would result in the dismissal of his
action without further notice.  Id. at 1-2.  Plaintiff apparently

---

[1]This is a "written opinion" under § 205(a)(5) of the E-
Government Act and therefore is available electronically. However,
it has been entered only to decide the matters addressed herein and
is not intended for official publication or to serve as precedent.

received the Court's Orders because none were returned the Court marked "undeliverable." See docket.

As of the date on this Order, Plaintiff has neither complied with the Court's April 28 Order, nor the May 14 Order. See generally docket. A case cannot be allowed to linger on the Court's docket indefinitely. Pursuant to Rule 3.10, United States District Court, Middle District Local Rules (2006), "[w]hever it appears that any case is not being diligently prosecuted the Court may . . . enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed. Thus, the Court dismisses this action for Plaintiff's lack of prosecution.

ACCORDINGLY, it is hereby

**ORDERED**:

1. The Court *sua sponte* dismisses this action **without prejudice**.

2. The Clerk of Court shall: (1) terminate any pending motions; (2) enter judgment accordingly; and (3) close this case

**DONE AND ORDERED** in Fort Myers, Florida, on this ___ day of June, 2008.

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record

-2-